# United States Bankruptcy Court
## Southern District of New York

In re    **JAMES B SCHWARTZ**
Debtor(s)

Case No.    **17-11548**
Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**First Premier Bank**

**Cohen Bergman & Klepper**

**St. Luke's Hospital**

**Mt. Sinai School of Medicine**

**Long Island Railroad**

**Reisman, Peirez, Reisman & Capobianco LLP**

**Sterling Emergency Services of Florida**

**Delray Medical Center**

**Evangelos Katsanos**

**Dix Hills Jewish Center**

Date:    06/04/17

**Ronald A. Lenowitz, Esq.**
Attorney for Debtor(s)
**Ronald A. Lenowitz**
**7600 Jericho Turnpike Suite 300**
**Woodbury, NY 11797**
**516-364-3080 Fax:516-364-3082**
**rlenolaw@yahoo.com**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **JAMES B SCHWARTZ** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 17-11548 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number **5352** | **$230,000.00** | **$230,000.00** | **$0.00** |

Priority Creditor's Name
**Andover**
**Andover, MA 01810**
Number Street City State Zip Code

When was the debt incurred?    **2010-2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only      ☐ Contingent

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only      ☐ Disputed

☑ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt      ☐ Domestic support obligations

**Is the claim subject to offset?**      ☑ Taxes and certain other debts you owe the government

☑ No      ☐ Claims for death or personal injury while you were intoxicated

☐ Yes      ☐ Other. Specify _____

                               **Tax Liens**

Debtor 1   **JAMES B SCHWARTZ**                                                      Case number (if know)   **17-11548**

| 2.2 | **Jennifer Schwartz** | | | $165,000.00 | **$165,000.00** | **$0.00** |
|---|---|---|---|---|---|---|

| Priority Creditor's Name | | |
|---|---|---|
| **Last Known Address 98 Stonehur Lane** **Huntington Station, NY 11746** | Last 4 digits of account number   5352 | |
| | **When was the debt incurred?** | **October 2013 to September 2016** |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | ☐ Contingent | |
| ■ Debtor 1 only | ☐ Unliquidated | |
| ☐ Debtor 2 only | ☐ Disputed | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | |
| ☐ At least one of the debtors and another | ■ Domestic support obligations | |
| ☐ **Check if this claim is for a community debt** | ☐ Taxes and certain other debts you owe the government | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | |
| ■ No | ☐ Other. Specify | |
| ☐ Yes | **Child Support Arrears** | |

| 2.3 | **New York State Taxation** | | | $40,000.00 | **$40,000.00** | **$0.00** |
|---|---|---|---|---|---|---|

| Priority Creditor's Name | | |
|---|---|---|
| **W.A. Harriman Campus** **Albany, NY 12228** | Last 4 digits of account number   5352 | |
| | **When was the debt incurred?** | **2010-2016** |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | ☐ Contingent | |
| ☐ Debtor 1 only | ☐ Unliquidated | |
| ☐ Debtor 2 only | ☐ Disputed | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | |
| ■ At least one of the debtors and another | ☐ Domestic support obligations | |
| ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | |
| ■ No | ☐ Other. Specify | |
| ☐ Yes | **New York State Tax Liens and Warrants** | |

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                             **Total claim**

Debtor 1   **JAMES B SCHWARTZ**                                                                Case number (if know)   **17-11548**

---

**4.1** | **Acumen Advisors** | Last 4 digits of account number | James Schwartz | **$12,000.00**

Nonpriority Creditor's Name
**200 Parkway Drive South**
**Hauppauge, NY 11788**

When was the debt incurred?   **October 14, 2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **FINRA  Settlement Default**

---

**4.2** | **Aegis Capitcl Corp.** | Last 4 digits of account number | James Schwartz | **$37,294.50**

Nonpriority Creditor's Name
**510 Broadhollow Road**
**Melville, NY 11747**

When was the debt incurred?   **April 22, 2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Confession of Judgment**

---

**4.3** | **Arcadia** | Last 4 digits of account number   **86W1** | **$100.00**

Nonpriority Creditor's Name
**P.O. Box 70256**
**Philadelphia, PA 19176**

When was the debt incurred?   **11/2/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Mt. Sinai Hospital Oxygen**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   JAMES B SCHWARTZ                                   Case number (if know)   17-11548

---

| 4.4 | **Arcadia** | **Last 4 digits of account number** | **0336** | **$40.00** |

Nonpriority Creditor's Name

**P.O. Box 70256**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/7/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.5 | **Arcadia** | **Last 4 digits of account number** | **1711** | **$1,310.00** |

Nonpriority Creditor's Name

**P.O. Box 70256**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/2/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.6 | **Arcadia** | **Last 4 digits of account number** | **0337** | **$211.30** |

Nonpriority Creditor's Name

**P.O. Box 70256**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/2/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Service on Visa**

---

Debtor 1    JAMES B SCHWARTZ                                      Case number (if know)    17-11548

---

| 4.7 | **Aspire** | Last 4 digits of account number    9944 | $521.56 |
|-----|-----------|------------------------------------------|---------|

Nonpriority Creditor's Name
**P.O. Box 790382**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**    3/18/12

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Credit Card**

---

| 4.8 | **AT & T** | Last 4 digits of account number    9629 | $425.43 |
|-----|-----------|------------------------------------------|---------|

Nonpriority Creditor's Name
**P.O. Box 537104**
**Atlanta, GA 30353**
Number Street City State Zip Code

**When was the debt incurred?**    12/23/16

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Cellphone**

---

| 4.9 | **Brunswick Hospital Center** | Last 4 digits of account number    8936 | $23,233.66 |
|-----|-------------------------------|------------------------------------------|-----------|

Nonpriority Creditor's Name
**81 Loudon Avenue**
**Amityville, NY 11701**
Number Street City State Zip Code

**When was the debt incurred?**    11/23/16 to 12/8/16

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Mental Health Hospitalization for Debtor's Son Jacob Schwartz**

---

Debtor 1  JAMES B SCHWARTZ _____   Case number (if know)   17-11548 _____

---

**4.10**

| | |
|---|---|
| **Capital One** | |
| Nonpriority Creditor's Name | |
| P.O. Box 71083 | |
| Charlotte, NC 28272 | |
| Number Street City State Zip Code | |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   8936          $2,535.13

When was the debt incurred?   May 8, 2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

**4.11**

| | |
|---|---|
| **Capital One** | |
| Nonpriority Creditor's Name | |
| P.O. Box 71083 | |
| Charlotte, NC 28272 | |
| Number Street City State Zip Code | |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   5356          $614.88

When was the debt incurred?   9-5-16

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.12**

| | |
|---|---|
| **Chase Bank** | |
| Nonpriority Creditor's Name | |
| c/o MRS BPO, LLC | |
| 1930 Olney Avenue | |
| Cherry Hill, NJ 08003 | |
| Number Street City State Zip Code | |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   1546          $1,425.74

When was the debt incurred?   September 4, 2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1    JAMES B SCHWARTZ _____    Case number (if know)    17-11548

---

**4.1 3**

| Chase Bank | Last 4 digits of account number | 8334 | $440.49 |
|---|---|---|---|

Nonpriority Creditor's Name

**340 S. Cleveland Avenue Bldg 370**

**Westerville, OH 43081**    When was the debt incurred?    **11-15-16**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community     ☐ Student loans

debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not

Is the claim subject to offset?              report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify  **Credit Card**

---

**4.1 4**

| Cohen, Bergman MD's | Last 4 digits of account number | 8700 | $29.28 |
|---|---|---|---|

Nonpriority Creditor's Name

**175 Main Street**

**Huntington, NY 11743**    When was the debt incurred?    **7/23/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community     ☐ Student loans

debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not

Is the claim subject to offset?              report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify  **Medical Services for Debtor**

---

**4.1 5**

| Cohen, Bergman MD's | Last 4 digits of account number | 8700 | $237.82 |
|---|---|---|---|

Nonpriority Creditor's Name

**175 Main Street**

**Huntington, NY 11743**    When was the debt incurred?    **7/23/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community     ☐ Student loans

debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not

Is the claim subject to offset?              report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify  **Medical Services- Office Visit**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **JAMES B SCHWARTZ**                                                                  Case number (if know)    **17-11548**

---

**4.1 6**

**Cohen, Bergman, Klepper**

Nonpriority Creditor's Name
**175 East Main Street**
**Huntington, NY 11743**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **8700**                                    **$137.82**

When was the debt incurred?    **7/23/15 and `1/27/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Echocardiograph and EKG of Debtor**

---

**4.1 7**

**David Hartmann**

Nonpriority Creditor's Name
**c/o Bradley Schnur, Esq. P.C.**
**400 Jericho Turnpike Suite 226**
**Jericho, NY 11753**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **James Schwartz**                          **$50,000.00**

When was the debt incurred?    **January 18, 2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **FINRA DISPUTE**

---

**4.1 8**

**Delray Medical Center**

Nonpriority Creditor's Name
**Box 830913**
**Birmingham, AL 35283**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **1223**                                    **$861.00**

When was the debt incurred?    **5/8/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Emergency Service for son Jacob Schwartz**

---

Debtor 1    JAMES B SCHWARTZ                                                 Case number (if know)    17-11548

| 4.1 9 | | | |
|---|---|---|---|

**Delray Medical Center**

Nonpriority Creditor's Name

**Box 830913**
**Birmingham, AL 35283**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **1835**                                  **$1,722.00**

When was the debt incurred?    **5/9/17 to 5/11/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Hospitalization for Son Jacob Schwartz**

---

| 4.2 0 | | | |
|---|---|---|---|

**Dix Hills Jewish Center**

Nonpriority Creditor's Name

**555 Vanderbuilt Parkway**
**Huntington Station, NY 11746**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

                                                      **Family ID**
Last 4 digits of account number    **SCHWJAJE**                              **$3,630.00**

When was the debt incurred?    **9/1/10**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Membership Dues**

---

| 4.2 1 | | | |
|---|---|---|---|

**Evangelos Katsanos**

Nonpriority Creditor's Name

**c/o Frydman LLC**
**501 Fifth Avenue 15th Floor**
**New York, NY 10017**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

                                                      **James**
Last 4 digits of account number    **Schwartz**                             **$218,456.00**

When was the debt incurred?    **2014-2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **FINRA Dispute involving unauthorized investments;**

---

Debtor 1   **JAMES B SCHWARTZ**                                                          Case number (if know)    **17-11548**

---

| 4.2 2 | **First Credit Services, Inc.** | Last 4 digits of account number | **4761** | **$360.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**377 Hoes Lane**
**Piscataway, NJ 08854**                         When was the debt incurred?    **3/16**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Credit Card**

---

| 4.2 3 | **First Premier Bank** | Last 4 digits of account number | **2503** | **$619.29** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Central Credit Services**
**20 Corporate Hills Drive**
**Saint Charles, MO 63301**                      When was the debt incurred?    **3/10/17**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Credit Card Balance**

---

| 4.2 4 | **First Standard Financial** | Last 4 digits of account number | **James Schwartz** | **$77,488.17** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bonfiglio & Asterita LLC**
**900 South Avenue**
**Staten Island, NY 10314**                      When was the debt incurred?    **May 9, 2017**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Judgment entered in New York County Supreme Court**

---

Debtor 1   **JAMES B SCHWARTZ**                                            Case number (if know)    **17-11548**

| 4.2 5 | | | |
|---|---|---|---|

**Ford Motor Credit Corp.**

Nonpriority Creditor's Name

**25 West Post Road**
**White Plains, NY 10606**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2212**                                            **$4,538.32**

When was the debt incurred?    **2007**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Deficiency on vehicle surrender**

---

| 4.2 6 | | | |
|---|---|---|---|

**Gunn Allen Financial Inc.**

Nonpriority Creditor's Name

**5002 West Waters Avenue**
**Tampa, FL 33634**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **James Schwartz**                        **$50,000.00**

When was the debt incurred?    **October 25, 2004**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Confession of Judgment**

---

| 4.2 7 | | | |
|---|---|---|---|

**John, Hazel & Vivian Folsom**

Nonpriority Creditor's Name

**c/o Holcomb & Ward LLP**
**3399 Peachtree Road**
**Atlanta, GA 30326**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2654;2551;4 867**                    **$2,000,000.00**

When was the debt incurred?    **2013-2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **FINRA CLAIM AGAINST DEBTOR AND AEGIS CAPITAL CORP.**

---

Debtor 1    **JAMES B SCHWARTZ**                                                    Case number *(if know)*    **17-11548**

---

| 4.2 8 | | | |
|---|---|---|---|
| | **Joseph Gunnar & Co.** | Last 4 digits of account number | **James Schwartz** | **$20,000.00** |

Nonpriority Creditor's Name
**30 Broad Street**
**New York, NY 10004**

When was the debt incurred?    **December 27, 2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Confession of Judgment**

---

| 4.2 9 | | | |
|---|---|---|---|
| | **Lab Corp.** | Last 4 digits of account number    **7150** | **$27.22** |

Nonpriority Creditor's Name
**P.O. Box 2240**
**Burlington, NC 27216**

When was the debt incurred?    **01/05/16**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Spina Bifuda Serum Test**

---

| 4.3 0 | | | |
|---|---|---|---|
| | **Lawrence Gulotta MD** | Last 4 digits of account number    **2207** | **$265.00** |

Nonpriority Creditor's Name
**954 Lexington Avenue**
**New York, NY 10021**

When was the debt incurred?    **10/30/13**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Service for Jacob Schwartz**

---

Debtor 1    **JAMES B SCHWARTZ**    Case number (if know)    **17-11548**

---

| 4.3<br>1 | **Long Island Railroad** | Last 4 digits of account number | **2628** | $60.00 |

Nonpriority Creditor's Name
**Jamaica Station**
**Jamaica, NY 11435**
Number Street City State Zip Code

When was the debt incurred?    **2/6/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Railroad Fares**

---

| 4.3<br>2 | **Mark Neiswonger & Diana Neiswo** | Last 4 digits of account number | **3085** | $287,000.00 |

Nonpriority Creditor's Name
**c/o David Meyer, Esq.**
**1320 Dublin Road, Suite 100**
**Columbus, OH 43215**
Number Street City State Zip Code

When was the debt incurred?    **December 21, 2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **FINRA DISPUTE**

---

| 4.3<br>3 | **Mary Paizis, M.D.** | Last 4 digits of account number | **James Schwartz** | $1,750.00 |

Nonpriority Creditor's Name
**141 East 55th Street**
**New York, NY 10022**
Number Street City State Zip Code

When was the debt incurred?    **7/28/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Sessions for Debtor's son Jacob Schwartz**

---

Debtor 1    **JAMES B SCHWARTZ**                                          Case number (if know)    **17-11548**

---

| 4.3 4 | **MS St. Luke's and Roosevelt** | Last 4 digits of account number | **ORER** | $200.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Hospital**
**P.O. Box 95000-2193**
**Philadelphia, PA 19195**

When was the debt incurred?    **11/7/16 & 12/16/16**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **ER Services and XRays of Debtor's Hand**

---

| 4.3 5 | **MS St. Luke's and Roosevelt** | Last 4 digits of account number | **James Schwartz** | $165,428.95 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Hospital**
**P.O. Box 95000-2193**
**Philadelphia, PA 19195**

When was the debt incurred?    **5/2/16**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Unpaid Hospitalization for Sage Schwartz**

---

| 4.3 6 | **Mt. Sinai OBGYN** | Last 4 digits of account number | **3323** | $1,641.30 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 28083**
**New York, NY 10087**

When was the debt incurred?    **05/11/16**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical. Services for Debtor's Spouse**

---

Debtor 1    **JAMES B SCHWARTZ**                                                          Case number (if know)    **17-11548**

---

| 4.3 7 | | | |
|---|---|---|---|
| **Mt. Sinai Pathology** | Last 4 digits of account number | 7524 | $300.00 |
| Nonpriority Creditor's Name | | | |
| **PO Box 5024** | When was the debt incurred? | 5/2/16 | |
| **New York, NY 10087** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Level Gross Exam Microscopic**

---

| 4.3 8 | | | |
|---|---|---|---|
| **Mt. Sinai Roosevelt Hospital** | Last 4 digits of account number | 9294 | $1,900.00 |
| Nonpriority Creditor's Name | | | |
| **1000 10th Avenue** | When was the debt incurred? | 11/07/16 | |
| **New York, NY 10019** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **ER Treatment**

---

| 4.3 9 | | | |
|---|---|---|---|
| **Mt. Sinai School of Medicine** | Last 4 digits of account number | 5989 | $526.00 |
| Nonpriority Creditor's Name | | | |
| **P.O. Box 5024** | When was the debt incurred? | 4/17/17 | |
| **New York, NY 10087** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **ER Service**

---

Debtor 1   **JAMES B SCHWARTZ**                                    Case number (if know)    **17-11548**

---

| 4.4 0 | **New York HHC** | Last 4 digits of account number | **6445** | **$1,288.23** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/ Bellevue Hospital**
**P.O. Box 5281 GPO**
**New York, NY 10087**

When was the debt incurred?    **7/15/16**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Services**

---

| 4.4 1 | **NYC Fire EMS** | Last 4 digits of account number | **9626** | **$730.40** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o NYCHHC**
**P.O. Box 27137**
**New York, NY 10087**

When was the debt incurred?    **6/10/16**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Ambulance Service**

---

| 4.4 2 | **NYU Hospital Center** | Last 4 digits of account number | **6988** | **$1,713.52** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 415234**
**Boston, MA 02241**

When was the debt incurred?    **11/02/15**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Hospital Charges for Debtor's Son Jacob Schwartz**

---

Debtor 1   **JAMES B SCHWARTZ** _____   Case number *(if know)*   **17-11548**

---

**4.4
3**

| | |
|---|---|
| **NYU Langone Medical Center** | **Last 4 digits of account number** 6935 _____   $52.31 |

Nonpriority Creditor's Name
**P.O. Box 415662**
**Boston, MA 02241**

**When was the debt incurred?**   **2/12/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Radiology for Debtor**

---

**4.4
4**

| | |
|---|---|
| **NYU Langone Medical Center** | **Last 4 digits of account number** 6935 _____   $332.90 |

Nonpriority Creditor's Name
**P.O. Box 415662**
**Boston, MA 02241**

**When was the debt incurred?**   **1/29/16 & 3/1/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Test (Endocrine)**

---

**4.4
5**

| | |
|---|---|
| **NYU Langone Medical Center** | **Last 4 digits of account number** 6988 _____   $109.46 |

Nonpriority Creditor's Name
**P.O. Box 415662**
**Boston, MA 02241**

**When was the debt incurred?**   **6/2/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Service for Jacob Schwartz**

---

Debtor 1    JAMES B SCHWARTZ _____    Case number (if know)    17-11548

---

| 4.4 6 | **NYU Langone Medical Center** | Last 4 digits of account number    6988 | $470.00 |
|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 415662
Boston, MA 02241

When was the debt incurred?    11/2/16

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **ER Visit**

---

| 4.4 7 | **Oscar** | Last 4 digits of account number    **James Schwartz** | $300.00 |
|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 278
New York, NY 10013

When was the debt incurred?    5/2/16

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Paula Schwartz Medical Visit**

---

| 4.4 8 | **Oscar** | Last 4 digits of account number    **James Schwartz** | $6,581.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 278
New York, NY 10013

When was the debt incurred?    5/2/16

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Doctor Visit with Yucel Atakent by Sage Schwartz**

---

Debtor 1    **JAMES B SCHWARTZ**                                    Case number (if know)    **17-11548**

---

| 4.4 9 | | | |
|---|---|---|---|
| **Oscar** | Last 4 digits of account number | **James Schwartz** | **$6,066.00** |
| Nonpriority Creditor's Name | | | |
| **P.O. Box 278** | When was the debt incurred? | **5/2/16** | |
| **New York, NY 10013** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community    ☐ Student loans
debt
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Medical Visit with Dr. Rafaela Calabio for**
                                                             **Sage Schwartz**

---

| 4.5 0 | | | |
|---|---|---|---|
| **Oscar** | Last 4 digits of account number | **James Schwartz** | **$5,695.00** |
| Nonpriority Creditor's Name | | | |
| **P.O. Box 278** | When was the debt incurred? | **5/9/16** | |
| **New York, NY 10013** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community    ☐ Student loans
debt
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Medical visit with Dr. Rafaela Calagio by**
                                                             **Sage Schwartz**

---

| 4.5 1 | | | |
|---|---|---|---|
| **Oscar Gold** | Last 4 digits of account number | **4030** | **$852.20** |
| Nonpriority Creditor's Name | | | |
| **P.O. Box 278** | When was the debt incurred? | **7/22/14** | |
| **New York, NY 10013** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community    ☐ Student loans
debt
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Family Plan Insurance Premium**

---

Debtor 1   **JAMES B SCHWARTZ**                                          Case number (if know)   **17-11548**

---

| 4.5 2 | **Paul Nonte** | Last 4 digits of account number | **James Schwartz** | **$289,163.47** |

Nonpriority Creditor's Name

**c/o Nonte & Co.**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **October 24, 2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Churning of Stock trades; rksky investments**

---

| 4.5 3 | **Premier Bankcard LLC** | Last 4 digits of account number | **7351** | **$475.59** |

Nonpriority Creditor's Name
**c/o Rushmore Service**
**P.O. Boxs 5508**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **September 8, 2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.5 4 | **Premier Bankcard LLC** | Last 4 digits of account number | **6989** | **$619.29** |

Nonpriority Creditor's Name
**c/o Rushmore Service**
**P.O. Boxs 5508**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **September 8, 2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1    **JAMES B SCHWARTZ** _____    Case number (if know)    **17-11548**

---

| 4.5 5 | | | |
|---|---|---|---|

**Pro Healthcare Assoc**
Nonpriority Creditor's Name

P.O. Box 3475
Toledo, OH 43607
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0596** _____    **$690.06**

When was the debt incurred?    **1/6/15 ; 1/14/15; 2/24/15 and 11/6/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Consultations for Daughter Alexis**

---

| 4.5 6 | | | |
|---|---|---|---|

**Pro Healthcare Assoc**
Nonpriority Creditor's Name

P.O. Box 3475
Toledo, OH 43607
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0596** _____    **$107.61**

When was the debt incurred?    **1/26/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Magnacare Insurance Adjustment**

---

| 4.5 7 | | | |
|---|---|---|---|

**Pro Healthcare Assoc**
Nonpriority Creditor's Name

P.O. Box 3475
Toledo, OH 43607
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0596** _____    **$257.85**

When was the debt incurred?    **11/06/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Consultation**

---

Debtor 1   **JAMES B SCHWARTZ** _____   Case number (if know)   **17-11548**

---

| 4.5 8 | **Pro Healthcare Assoc** | Last 4 digits of account number   **1849** | **$17.27** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 3475**
**Toledo, OH 43607**

Number Street City State Zip Code

When was the debt incurred?   **6/16/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Urine Diipstick**

---

| 4.5 9 | **Quest Diagnostics** | Last 4 digits of account number   **8775** | **$7.62** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 740985**
**Cincinnati, OH 45274**

Number Street City State Zip Code

When was the debt incurred?   **3/18/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Glucose Test**

---

| 4.6 0 | **Reisman, Peirez LLP** | Last 4 digits of account number   **9043** | **$8,700.17** |
|---|---|---|---|

Nonpriority Creditor's Name
**1305 Franklin Avenue**
**Garden City, NY 11530**

Number Street City State Zip Code

When was the debt incurred?   **October 1, 2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Services**

---

Debtor 1    JAMES B SCHWARTZ _____    Case number (if know)    17-11548

| 4.6 1 | **Rockwell Global Capital LLC** | Last 4 digits of account number | James Schwartz | $151,251.00 |

Nonpriority Creditor's Name
**125 Baylis Road Suite 280
Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **October 17, 2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **FINRA SETTLEMENT-DEFAULT**

| 4.6 2 | **South Oaks Hospital** | Last 4 digits of account number | 9949 | $1,600.00 |

Nonpriority Creditor's Name
**c/o The Allen Daniel Assoc
P.O. Box 541614
Waltham, MA 02454**
Number Street City State Zip Code

When was the debt incurred?    **9/24/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Mental Health Hospital**

| 4.6 3 | **St. Lukes' Hospital** | Last 4 digits of account number | 3IRC | $1,000.00 |

Nonpriority Creditor's Name
**P.O. Box 95000-2193
Philadelphia, PA 19195**
Number Street City State Zip Code

When was the debt incurred?    **7/2/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unreimbursed Hospital Bill**

Debtor 1  **JAMES B SCHWARTZ**                                              Case number (if know)   **17-11548**

---

| 4.6 4 | | | |
|---|---|---|---|

**St. Lukes' Hospital**

Nonpriority Creditor's Name

**P.O. Box 95000-2193**
**Philadelphia, PA 19195**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **D2QX**                 **$150.00**

When was the debt incurred?   **5/30/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Hospital services**

---

| 4.6 5 | | | |
|---|---|---|---|

**St. Lukes' Hospital**

Nonpriority Creditor's Name

**P.O. Box 95000-2193**
**Philadelphia, PA 19195**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **ORER**                 **$700.71**

When was the debt incurred?   **3/05/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Hospital Visit**

---

| 4.6 6 | | | |
|---|---|---|---|

**Sterling Emergency Services of**
**Florida**

Nonpriority Creditor's Name

**P.O. Box 731584**
**Dallas, TX 75373**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **8558**                 **$527.00**

When was the debt incurred?   **3/22/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Emergency Physician Charge for son Jacob Schwartz**

---

Debtor 1    **JAMES B SCHWARTZ**                                    Case number (if known)    **17-11548**

---

| 4.6 7 | | | |
|---|---|---|---|
| **TCB Securities & DMC Holdings** | | **James Schwartz** | **$10,000.00** |
| Nonpriority Creditor's Name | | | |
| **510 Broadhollow Road** | Last 4 digits of account number | | |
| **Melville, NY 11747** | When was the debt incurred? | **April 22, 2016** | |

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Confession of Judgment**

---

| 4.6 8 | | | |
|---|---|---|---|
| **Time Warner** | Last 4 digits of account number | **0428** | **$238.90** |
| Nonpriority Creditor's Name | | | |
| **2554 Broadway** | When was the debt incurred? | **11/1/13** | |
| **New York, NY 10022** | | | |

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Cable**

---

| 4.6 9 | | | |
|---|---|---|---|
| **Town of Islip, New York** | Last 4 digits of account number | **1471** | **$245.00** |
| Nonpriority Creditor's Name | | | |
| **28 Nassau Avenue** | When was the debt incurred? | **11/12/15** | |
| **Islip, NY 11751** | | | |

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Parking Violations**

---

Debtor 1  **JAMES B SCHWARTZ**                                          Case number (if known)  **17-11548**

---

| 4.7 0 | **Transcare** | **Last 4 digits of account number** 7887 | $605.85 |

Nonpriority Creditor's Name
**P.O. Box 8500**
**Philadelphia, PA 19178**
Number Street City State Zip Code

**When was the debt incurred?** 10/20/15

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **EMS for Jacob Schwartz**

---

| 4.7 1 | **Transworld Systems** | **Last 4 digits of account number** 0124 | $1,713.52 |

Nonpriority Creditor's Name
**P.O. Box 15273**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** 4/24/16

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Service**

---

| 4.7 2 | **Trascare Corp.** | **Last 4 digits of account number** 7887 | $605.85 |

Nonpriority Creditor's Name
**1 Metrotech Center**
**Brooklyn, NY 11201**
Number Street City State Zip Code

**When was the debt incurred?** 10/20/15

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Ambulance Service to Beth Israel Hospital**

---

Debtor 1    **JAMES B SCHWARTZ**                                    Case number (if know)    **17-11548**

| 4.7 3 | | | |
|---|---|---|---|
| **Verizon** | **Last 4 digits of account number** | **8288** | **$292.63** |

Nonpriority Creditor's Name

**140 West Street**
**New York, NY 10007**

**When was the debt incurred?**    **6/13/14**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Phone**

| 4.7 4 | | | |
|---|---|---|---|
| **Whitmore Group** | **Last 4 digits of account number** | **3832** | **$300.00** |

Nonpriority Creditor's Name

**370 Old Country Road**
**Garden City, NY 11530**

**When was the debt incurred?**    **1/1/17**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Health Service Fee**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 165,000.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 270,000.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 435,000.00 |

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |

Debtor 1    **JAMES B SCHWARTZ**                                    Case number (if know)    **17-11548**

|  |  |  |  |  |  |
|--|--|--|--|--|--|
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 3,460,791.27 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 3,460,791.27 |